IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.1:21-CR-225 |
| | ) | |
| v. | ) | COUNT 1:18 USC § 2244(a)(5) |
| | ) | and § 7(3) |
| MOHAMMAD TARIQ, | ) | (Abusive Sexual Contact) |
| | ) | |
| Defendant. | ) | |

OCTOBER 2021 TERM - AT ALEXANDRIA

INDICTMENT

COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about September 22, 2021, at Camp Upshur onboard Marine Corps Base Quantico, within the Eastern District of Virginia and within the special maritime and territorial jurisdiction of the United States, MOHAMMAD TARIQ did knowingly engage in and attempt to engage in sexual contact with Jane Doe, a female child of approximately three years of age, who had not attained the age of twelve years of age, that is, the intentional touching through the clothing of the genitalia, anus, groin, breast, inner thigh, and buttocks of Jane Doe with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

(In violation of Title 18, United States Code, Sections 2244(a)(5) and 7(3).

A TRUE BILL

Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office

FOREPERSON

Jessica D. Aber
UNITED STATES ATTORNEY

By: *Patricia Haynes*
Patricia Haynes
Assistant United States Attorney

2