IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA VIRGINIA

FILED

2021 DEC 35  A 11: 11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. **1:21CR225** |
| | ) | |
| v. | ) | |
| | ) | |
| **MOHAMMED TARIQ** | ) | |

TRIAL EXHIBIT CUSTODY FORM

Government/Defendant Exhibit(s) **1** - **2** were received on **3/4/2022**.

_____
Signature of person receiving exhibits

--------------------------------------------------------------------------------

I certify that the exhibits being submitted to the court are those listed on the exhibit list filed.

_____
Signature of person receiving exhibits