
FILED
IN OPEN COURT
JAN 24 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:21cr225 (LMB) |
| ) | |
| MOHAMMED TARIQ, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

To return a guilty verdict, the jury must unanimously agree that the government has proven each and every element of the offense beyond a reasonable doubt.

As to the charge of Abusive Sexual Contact, the jury finds the defendant Mohammed Tariq:

Guilty __X__        Not Guilty _____

If the jury found the defendant guilty, the foreperson should sign and date this form and return it to the Judge.

Only if the jury did not find the defendant guilty of the Abusive Sexual Contact charge should it indicate whether it has reached a unanimous verdict on the lesser included offense of Assault.

As to the Assault charge, the jury finds the defendant Mohammed Tariq:

Guilty _____        Not Guilty _____

Date: 01/21/22

_____
Foreperson signature

_____
Foreperson printed name